IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KENNETH ROSE**  **PETITIONER**
*Reg #14258-025*

v.     CASE NO. 2:22-CV-00214-BSM

**JOHN P. YATES, Warden**  **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 13] is adopted, and Kenneth Rose's petition [Doc. No. 1] is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE