IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KENNETH ROSE**                                                              **PETITIONER**
*Reg #14258-025*

**v.**                                    **CASE NO. 2:22-CV-00214-BSM**

**JOHN P. YATES, Warden**                                          **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE