United States District Court
Eastern District of Arkansas
Delta Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL **21** 2023

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

Kenneth Rose
Plaintiff, Pro Se

Case Number
2:22-CV-00214-BSM

v.


C. Garrett, Warden
Respondent


                    Notice of Appeal



    Kenneth Rose asks this Honorable court to accept his Notice of Appeal so

he may appeal the court's final order of 7/10/23 in the above indicated action.

(DOC. 17).

    Rose asserts this notice is timely made, having been served with this

court's order on 7/12/23 through the prison's regular internal mail service and

not through the prison's legal mail system.

## Verification

I have read the foregoing Notice of Appeal and hereby verify that the matters alleged herein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true and correct. Executed at Forrest City, Arkansas on this 15th day of July, 2023.

/s/Kenneth Rose

Kenneth Rose
Plaintiff/Appellant, Pro Se

## Certificate of Service

I certify under the penalty of perjury that the foregoing Notice of Appeal was placed in the prison's internal mail system, postage pre-paid, for service upon this court via U.S. mail on this 15th day of July, 2023, to Court Clerk, 600 West Capital Ave., Room A-149, Little Rock, Arkansas 72201. Rose asks this court's clerk to serve all other interested parties via electronic notification and to serve him with a stamped filed copy of this Notice of Appeal.

/s/Kenneth Rose

Kenneth Rose
Plaintiff/Appellant, Pro Se

‹›14258-025‹›
Kenneth Rose
PO BOX 9000-Low
Forest CITY, AR 72336
United States

MEMPHIS TN 380

17 JUL 2023   PM 4  L



Mccormack James
District Court Clerk
600 W Capitol AVE
Rm A149
Little ROCK, AR 72201-3325
United States

72201-339919