# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2698

Kenneth Rose

Appellant

v.

John P. Yates, Warden

Appellee

Appeal from U.S. District Court for the Eastern District of Arkansas - Delta
(2:22-cv-00214-BSM)

## ORDER

If the original file of the United States District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format through PACER, including any documents maintained in paper format or filed under seal, exhibits, CDs, videos, administrative records and state court files. These documents should be submitted within 10 days.

July 24, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, July 24, 2023 4:59 PM |
| **Subject:** | 23-2698 Kenneth Rose v. John Yates "Clerk order filed sua sponte case proceeding on of (need file)" (2:22-cv-00214-BSM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/24/2023

**Case Name:** Kenneth Rose v. John Yates
**Case Number:** 23-2698
**Document(s):** Document(s)

**Docket Text:**
CLERK ORDER:If the original file of the United States District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format through PACER, including any documents maintained in paper format or filed under seal, exhibits, administrative records and state court files. These documents should be submitted within 10 days. [5298938] [23-2698] (Christa Obucina)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Shannon S. Smith, Assistant U.S. Attorney: Shannon.Smith@usdoj.gov, kacie.thompson@usdoj.gov

**Notice will be mailed to:**

Kenneth Rose
14258-025
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Forrest City, AR 72336-9000

The following document(s) are associated with this transaction:
**Document Description:** Clerk's Order

1

**Original Filename:** /opt/ACECF/live/forms/ChristaObucina_232698_5298938_ClkOrdOriginalFile_275.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/24/2023] [FileNumber=5298938-0]
[93dd3238d60fd4d19b180705ecb13ba9ce4bccd629698b11d9b8844f0b7c7b7bec1508d9b680e6bf8757a1158341b7083
97ab26beb3ace1f4cd8cd324c586ece]]
**Recipients:**

- Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court
- Kenneth Rose
- Ms. Shannon S. Smith, Assistant U.S. Attorney

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 5298938
**RELIEF(S) DOCKETED:**
  case proceeding on of (need file)
**DOCKET PART(S) ADDED:** 7324098, 7324099, 7324100