UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 23-2698

_____

Kenneth Rose

Plaintiff - Appellant

v.

John P. Yates, Warden

Defendant - Appellee

------

Appeal from U.S. District Court for the Eastern District of Arkansas - Delta
(2:22-cv-00214-BSM)

------

**JUDGMENT**

Before SHEPHERD, GRASZ, and STRAS, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

October 31, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Oct 31, 2023
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 31, 2023

Kenneth Rose
FEDERAL CORRECTIONAL INSTITUTION
14258-025
P.O. Box 9000
Forrest City, AR  72336-9000

      RE:  23-2698  Kenneth Rose v. John Yates

Dear Kenneth Rose:

      Enclosed is a copy of the dispositive order entered today in the referenced case.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

                                           Michael E. Gans
                                           Clerk of Court

BNW

Enclosure(s)

cc:    Clerk, U.S. District Court, Eastern District of Arkansas
       Shannon S. Smith

      District Court/Agency Case Number(s):   2:22-cv-00214-BSM