# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2698

Kenneth Rose

Appellant

v.

John P. Yates, Warden

Appellee

Appeal from U.S. District Court for the Eastern District of Arkansas - Delta
(2:22-cv-00214-BSM)

**MANDATE**

In accordance with the judgment of October 31, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 27, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Dec 27, 2023
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
                    DEP CLERK
```